Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Chris S. Milligan (Bar No. 211532)
cmilligan@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA D. LAGUNZAD, an individual, MARCELA D. LAGUNZAD, an individual and GINA L. BALAGATAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, a New Jersey corporation and MARIA CARMELITA DEJESUS ENDOZO, an individual,<br><br>Defendant. | Case No. C10-05777 JSW<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER THEREON** |

///

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

117045.1

1

NOTICE OF SUBSTITUTION OF COUNSEL;
[PROPOSED] ORDER THEREON

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Defendant") hereby substitutes MESERVE, MUMPER & HUGHES LLP as their attorneys of record in place of THE LIVINGSTON LAW FIRM and THE ANDREWS LAW FIRM. The contact information for new counsel is as follows:

> Linda M. Lawson (llawson@mmhllp.com)
> Chris S. Milligan (cmilligan@mmhllp.com)
> MESERVE, MUMPER & HUGHES LLP
> 300 South Grand Avenue, 24th Floor
> Los Angeles, California 90071-3185
> Telephone: (213) 620-0300
> Facsimile: (213) 625-1930

Dated: March 11, 2011

By: /s/ Elizabeth F. McCrohan
Elizabeth F. McCrohan
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

The undersigned consents to the above substitution.

Dated: March ___, 2011

THE ANDREWS LAW FIRM
Jane Andrews

By: _____
Jane Andrews

Dated: March 11, 2011

THE LIVINGSTON LAW FIRM
Renee Livingston

By: /s/ Renee Livingston
Renee Livingston

///

**TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE THAT** Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Defendant") hereby substitutes MESERVE, MUMPER & HUGHES LLP as their attorneys of record in place of THE LIVINGSTON LAW FIRM and THE ANDREWS LAW FIRM. The contact information for new counsel is as follows:

> Linda M. Lawson (llawson@mmhllp.com)
> Chris S. Milligan (cmilligan@mmhllp.com)
> MESERVE, MUMPER & HUGHES LLP
> 300 South Grand Avenue, 24th Floor
> Los Angeles, California 90071-3185
> Telephone: (213) 620-0300
> Facsimile: (213) 625-1930

Dated: March 11, 2011

By: /s/ Elizabeth F. McCrohan
Elizabeth F. McCrohan
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

The undersigned consents to the above substitution.

Dated: March 14, 2011

THE ANDREWS LAW FIRM
Jane Andrews

By: /s/ Jane Andrews
Jane Andrews

Dated: March ___, 2011

THE LIVINGSTON LAW FIRM
Renee Livingston

By: _____
Renee Livingston

/ / /

1  The undersigned hereby accepts the above substitution.

2  Dated: March 15, 2011

   MESERVE, MUMPER & HUGHES LLP
   Linda M. Lawson
   Christopher S. Milligan

   By:  /S/ *Linda M. Lawson*
   Linda M. Lawson
   Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

**IT IS SO ORDERED.**

DATED: March 17, 2011

*/s/ Jeffrey S. White*
Judge, United States District Court

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

117045.1

3

NOTICE OF SUBSTITUTION OF COUNSEL;
[PROPOSED] ORDER THEREON