KENNETH S. KATZOFF (Bar # 103490)
ROBERT R. RIGGS (Bar # 107684)
AARON J. EHRLICH (Bar # 253692)
Katzoff & Riggs
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990
Fax. (510) 597-0295
aehrlich@katzoffriggs.com

Attorneys for Plaintiffs LYDIA D. LAGUNZAD, MARCELA D. LAGUNZAD, and GINA L. BALAGTAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA D. LAGUNZAD, an individual, MARCELA D. LAGUNZAD, an individual and GINA L. BALAGTAS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation and MARIA CARMELITA DEJESUS ENDOZO, an individual, <br><br> Defendants. | Case No. C10-05777 JSW <br><br> [~~PROPOSED~~] **ORDER REGARDING CASE DEADLINES AND DATES** |

Having considered the proposed case deadlines and dates submitted by Plaintiffs Lydia D. Lagunzad, Marcela D. Lagunzad and Gina Balagtas, defendant The Prudential Insurance Company of America ("Prudential") and defendant Maria Carmelita DeJesus

- 1 -
**ORDER REGARDING CASE DEADLINES**

Endozo (collectively the "Parties"), IT IS HEREBY ORDERED THAT:

1. The Court sets the following deadlines and dates:

   a. April 18, 2011: Deadline for the Parties to hold the Federal Rules of Civil Procedure ("F.R.C.P."), Rule 26(f) conference, to the extent that any portion of the Rule 26(f) conference has not already occurred and subject to the Parties' stipulation to extend this deadline as to any party who has not appeared by that time, if any.

   b. May 2, 2011: Deadline for the Parties to file the F.R.C.P., Rule 26(f) Report, complete initial disclosures or state objection in the Rule 26(f) Report, subject to the Parties' stipulation to extend this deadline as to any party who has not appeared by that time, if any.

   c. May 16, 2011: Deadline for the Parties to file a stipulation or motion to amend the Complaint, or to add any party by joinder.

   d. May 31, 2011: Deadline for the Parties to complete ADR, subject to the Parties' stipulation to continue this deadline.

   e. ~~July 15, 2011: Case Management Conference~~. December 2, 2011 at 9:00 a.m.

   f. ~~November 18, 2011: Deadline for~~ hearing for cross-motions for summary judgment and cross-motions for judgment on the pleadings.

   g. January 31, 2012: Deadline for the Parties to complete non-expert discovery and to disclose expert testimony, if any, pursuant to F.R.C.P., Rule 26(a)(2), subject to any party's objection to discovery and the Court's determination of the scope of permissible discovery, if any.

KATZOFF & RIGGS
1500 PARK AVENUE, SUITE 300
EMERYVILLE, CA 94608
(510) 597-1990

h. February 29, 2012: Deadline for the Parties to complete expert discovery, subject to any party's objection to discovery and the Court's determination of the scope of permissible discovery, if any.

2. Pursuant to the Federal Rules of Civil Procedure, Rule 26(d)(1), the Parties may immediately proceed with following discovery, prior to the Rule 26(f) conference in this action: (i) document subpoenas upon: (a) Sybase, Inc., as the former employer of Edgardo DeFaria Lagunzad; (b) the Sybase, Inc., as the plan administrator of Sybase, Inc.'s Employee Term Life and Accidental Death and Dismemberment Coverage Plan; and (c) Aon Hewitt, LLC; and (ii) as an initial disclosure, by May 2, 2011, Prudential shall provide all other parties with a copy of the Administrative Record concerning Edgardo DeFeria Lagunzad, date of birth, April 7, 1966.

Dated: April 11, 2011

_____
Jeffrey S. White
United States District Court Judge

- 3 -
ORDER REGARDING CASE DEADLINES