# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA D. LAGUNZAD, an individual, MARCELA D. LAGUNZAD, an individual and GINA L. BALAGATAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, a New Jersey corporation and MARIA CARMELITA DEJESUS ENDOZO, an individual,<br><br>Defendant. | Case No. C10-05777 JSW<br><br>[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE<br><br>Date: May 24, 2011<br>Time: 10:00 a.m.<br>Ctrm: "G"<br>Judge: Hon. Bernard Zimmerman |

~~Good cause appearing,~~ *No opposition having been received* a representative for Defendant The Prudential Insurance Company of America ("Prudential") shall appear telephonically at the Settlement Conference in this matter, which is currently set for May 24, 2011, at 10:00 a.m. Counsel for Prudential shall appear in person.

**IT IS SO ORDERED.**

Date: 5/19/2011

Hon. Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE