UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYDIA D. LAGUNZAD,                    )
                                      )
          Plaintiff(s),               )    No. C10-5777 JSW (BZ)
                                      )
     v.                               )    **ORDER RE OVERDUE PAPERS**
                                      )
PRUDENTIAL INSURANCE COMPANY          )
OF AMERICA, et al.,                   )
                                      )
          Defendant(s).               )
_____)

     TO:  Defendant The Prudential Life Insurance Company of
America and their attorney(s) of record:

     On 04/04/2011, you were ordered to lodge a Settlement
Conference Statement seven days prior to the conference, which
is scheduled for 05/24/2011.  Your statement was due
05/17/2011.  It was not received by chambers.

     **IT IS HEREBY ORDERED** that if a statement is not lodged by
the close of business **tomorrow, Friday, May 20, 2011**,
defendant and their attorney(s) of record will be sanctioned
$100 a day for each day's delay, beginning from the date it
was originally due.

Dated: May 19, 2011

_____
          Bernard Zimmerman
     United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\LAGUNZAD LATE PAPERS ORDER.wpdG:\BZALL\-REFS\REFS.2011\LAGUNZAD LATE
PAPERS ORDER.wpd

1